UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04037
   TINA MAYNOR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9097
```

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was not confirmed.

     The case was dismissed without confirmation 07/23/2007.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PHH MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE SERVICES | MORTGAGE ARRE | 8000.00 | .00 | .00 |
| BRITISH PETROLEUM | UNSECURED | 823.21 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 407.96 | .00 | .00 |
| IDAPP | UNSECURED | NOT FILED | .00 | .00 |
| II DESIGNATED | UNSECURED | NOT FILED | .00 | .00 |
| N W M F F | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SEARS/CBSD | UNSECURED | 1650.87 | .00 | .00 |
| ISAC | UNSECURED | 2423.62 | .00 | .00 |
| PHH MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1542.72 | .00 | .00 |
| B-REAL LLC | UNSECURED | 4092.60 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,464.00 | | 656.36 |
| TOM VAUGHN | TRUSTEE | | | 48.64 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 705.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 656.36 |
| TRUSTEE COMPENSATION | | 48.64 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 705.00 | 705.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04037 TINA MAYNOR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 07 B 04037 TINA MAYNOR